Case 1:23-mj-00256-RMM   Document 1-1   Filed 09

Case: 1:23-mj-00256
Assigned to: Judge Meriweather, Robin M.
Assign Date: 9/19/2023
Description: COMPLAINT W/ ARREST WARRANT

**STATEMENT OF FACTS**

On August 25, 2023, an FBI Washington Field Office (WFO) Task Force Officer (TFO) was acting in an undercover (UC) capacity as part of the Metropolitan Police Department – Federal Bureau of Investigation (MPD-FBI) Child Exploitation Task Force, operating out of a satellite office in Washington, D.C. In that capacity, the UC was monitoring a dating application, hereinafter referred to as Application A, that law enforcement has come to learn is used by some individuals who have a sexual interest in children. Communications eventually were moved to a separate social media platform, hereinafter referred to as Application B, that is known to law enforcement as a place where people meet to discuss various fetishes among other things. Some members use this platform to meet others who have an interest in incest, taboo, and child pornography. Application B communications between the UC and an individual utilizing the username, "A.C.09[1]", subsequently identified as Aaron Christopher DAVIS, are summarized below.

On August 25, 2023, the UC and A.C.09 exchanged the following messages:

A.C.09:   What pervy stuff have you done before?

UC:    Nice. In the city? I go out to New Carrolton for work every week

UC:    Little bit of this…..little bit of that. Love stroking in my car in public places

UC:    Parks are my favorite

A.C.09:   No young action tho?

UC:    I have my fun and have had fun for a long time

---

[1] According to Application B's Law Enforcement Guide, Application B uses usernames as the unique identifier. Application B usernames can never be replicated or changed. An Application B user would have to create a new account in order to obtain a different username. The username for a particular Application B account holder is displayed in their profile.

A.C.09:    I know it might take a lot of trust building, but I wish I could enjoy that fun with you

A.C.09:    If that's something ur open to. A true perv bud

A.C.09:    Lmk bro

The conversation continued on that same date:

A.C.09:    U got any nudes to trade?

UC:    Nope. No vid.

The UC then sent A.C.09 a picture that appeared to be sexually explicit, but which did not depict a real individual. In response, A.C.09 sent the UC a fifty-three (53) second video, that depicts an adult male anally penetrating a nude prepubescent minor male. The minor male is bent over, his mouth is taped closed, and his hands are in handcuffs. Towards the end of the video, the camera focuses on the minor male's anus and an unknown individual's fingers are seen spreading apart the minor male's anus.

After A.C.09 sent this video containing child sexual abuse material, the conversation continued:

A.C.09:    U like yng pussy too?

UC:    I love anything smooth…..honestly wish I had a daughter for my perv reasons

A.C.09 then sent the UC an approximately sixteen (16) second video, which appears to depict an adult male forcefully holding a minor female while she urinates. The camera is focused on the minor female's vagina and anus during this video.

After A.C.09 sent this video, the conversation with the UC continued:

A.C.09:    I wanna link up with you so we cab perv out and watch vides while he services the both us

UC:    That's fucking amazing

| | |
|---|---|
| UC: | FYI I'm divorced but I'll have him next week after school |
| A.C.09: | Would you be open to us linking up then? |
| UC: | Yah man. If you're legit and not fucking with me. Not trying to get ghosted when I have him all ready |
| A.C.09: | Definitely not fucking with you. Hell, im hoping you're not gonna ghost me lol |
| A.C.09: | You're the one with the goods lol |

As the communications continued between the UC and A.C.09, the following conversation ensued:

| | |
|---|---|
| A.C.09: | So, how would you show me? |
| UC: | I could do a live pic of him when I have him on here for you |
| A.C.09: | That would be awesome |
| UC: | Ok cool. Make sure you know I'm legit |
| A.C.09: | It's gonna be a naughty reveal? |
| UC: | Maybe…..what would you want to see |
| A.C.09: | Either him sucking you or your dick resting on his ass |

Later in the conversation, the UC asked A.C.09 to send a live picture to show that A.C.09 was a real person. In response, A.C.09 sent the UC a picture that shows the face of an adult black male. During the course of the investigation, the UC observed numerous photographs on the Application A and Application B profiles that appeared to depict the same adult black male.

On or about August 30, 2023, a subpoena was served to Application B for subscriber information pertaining to A.C.09. According to records received on September 6, 2023, IP logins show that A.C.09 logged in using IP address 72.83.6.219, hereinafter "IP Address 1", on August 25, 2023, the date A.C.09 sent child pornography to the UC as detailed above. It was determined that this IP address resolves to Verizon. On or about September 1, 2023, a subpoena was served

to Verizon for subscriber information pertaining to IP Address 1. According to records received on September 6, 2023, IP Address 1 is subscribed to by Jessie DAVIS. The account address is the same address as the one listed as DAVIS's address on the Maryland Sex Offender Registry for DAVIS, as detailed below.

Open-source database searches, conducted on August 25, 2023, revealed a Washington Post news article about an individual named Aaron C. DAVIS, who was previously charged with several counts of possession and distribution of child pornography. A search of the Maryland Sex Offender Registry was conducted and revealed an Aaron Christopher DAVIS who was convicted of Possession of Child Pornography, on October 16, 2017, in Prince George's County. The photo of DAVIS that appears on the Maryland Sex Offender Registry appears to depict the same individual as the one in the profile pictures on A.C.09's Application B and Application A accounts, and the picture sent by A.C.09, depicting an adult male, to the UC on August 25, 2023.

On August 25, 2023, records were received from the State of Maryland, Department of Public Safety and Correctional Services. The records indicate that DAVIS was convicted on five (5) counts of Possession of Child Pornography, in October of 2017, and that he was placed on probation beginning on April 13, 2018 for a period of five (5) years. As a result of this conviction, DAVIS was required to register as a sex offender.

On September 19, 2023, members of the MPD-FBI Child Exploitation Task Force executed a search warrant at 4722 John Street in Suitland, Maryland, DAVIS's residence. During the execution of the search warrant, DAVIS was located inside the residence and appears to be the same individual depicted in the photographs on Applications A and B, and in the picture DAVIS sent to the UC.

DAVIS was interviewed by law enforcement. After being advised of his *Miranda* warnings, DAVIS admitted that his Application B username was A.C.09, and that he had distributed two videos of child pornography to another Application B user. Furthermore, during the search of DAVIS' residence, multiple mobile devices that belonged to DAVIS were located. During the initial review of the devices, numerous videos depicting child pornography were located. DAVIS admitted that he communicated with two other individuals using the encrypted messaging application, Telegram, and that he distributed videos depicting child pornography to these individuals. These Telegram communications were located on DAVIS' mobile devices. One of the devices contained videos and photos showing DAVIS engaging in sexual acts with an individual who appears to be a minor. During the interview, DAVIS said that the individual shown in these videos was seventeen-years old. DAVIS explained that the seventeen-year-old individual traveled to DAVIS' home in Maryland to engage in sexual activity with DAVIS and that DAVIS recorded the sexual activity and saved these recordings on his mobile device.

## CONCLUSION

Based on the above information, there is probable cause to believe that Aaron Christopher DAVIS committed the following offenses: Distribution of Child Pornography, in violation of 18. U.S.C. § 2252(a)(2), on or about August 25, 2023.

Respectfully Submitted,

_____
Benjamin Burnheimer
Special Agent, 26016
Federal Bureau of Investigation-WFO

Subscribed and sworn pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on September 19, 2023.

_____
HONORABLE ROBIN M. MERIWEATHER
UNITED STATES MAGISTRATE JUDGE